# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RICHARDSON,<br><br>               Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. CV 16-04604-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this case dismissed with prejudice.

DATED: March 29, 2018

                                                    */s/ John E. McDermott*
                                                  JOHN E. MCDERMOTT
                                       UNITED STATES MAGISTRATE JUDGE